PER CURIAM.

(No. 75-CC-804—<span style="background:black"> </span>

MEANS SERVICE, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SECRETARY OF STATE, Respondent.

*Opinion filed May 13, 1975.*

MEANS SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.